UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EURIL NOBLES,

    Plaintiff,

v.

QUALITY CORRECTIONAL CARE OF
MICHIGAN, et al.,

    Defendants.

_____/

Case No. 1:21-cv-199

HON. JANE M. BECKERING

**ORDER**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Quality Correctional Care of Michigan a/k/a Corizon, and Jill Britton are the only remaining defendants in this matter.[1] Defendant Britton filed a Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies (ECF No. 110). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 122) on August 21, 2023, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 122) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] On February 20, 2023, Defendant Quality Correctional Care of Michigan a/k/a Corizon filed a Suggestion of Bankruptcy (ECF No. 117). Consequently, this Court stayed and administratively closed this case as to Defendant Quality Correctional Care of Michigan a/k/a Corizon, only (2/22/2023 Order, ECF No. 118).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies (ECF No. 110) is GRANTED, and Defendant Britton is TERMINATED as a party to this case.

**IT IS FURTHER ORDERED**, consistent with this Court's prior Order (ECF No. 118), that this case remains STAYED and administratively CLOSED as to Defendant Quality Correctional Care of Michigan a/k/a Corizon.

Dated:  September 22, 2023                             /s/ Jane M. Beckering
                                                                       JANE M. BECKERING
                                                                       United States District Judge